# February 6, 2018

| Page | Equip No | Ticket No. | Date | Time | Latitude | Longitude | Service | Diamiter | Monitor | ADMS Device | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 600086 | 1837-29402 | 2/6/2018 | 8:10:01 | 18.31590067 | -66.68295939 | Hanger | 5 | Alexis Fortunalo | 921 | |
| 4 | 600086 | 1837-29?? | 2/6/2018 | 8:16:48 | 18.3159308 | -66.68298263 | Leaner | 11 | Alexis Fortunalo | 921 | Ticket No. cut off |
| 4 | 600086 | 1837-30050 | 2/6/2018 | 8:20:50 | 18.31604713 | -66.68320162 | Hanger | 4 | Alexis Fortunalo | 921 | |
| 4 | 600086 | 1837-30339 | 2/6/2018 | 8:25:39 | 18.31606175 | -66.68324642 | Leaner | 8 | Alexis Fortunalo | 921 | |
| 4 | 600086 | 1837-31780 | 2/6/2018 | 8:49:39 | 18.31636536 | -66.68326327 | Leaner | 8 | Alexis Fortunalo | 921 | |
| 9 | 600086 | 1837-32367 | 2/6/2018 | 8:59:27 | 18.31644962 | -66.68334576 | Leaner | 6 | Alexis Fortunalo | 921 | |
| 9 | 600086 | 1837-32579 | 2/6/2018 | 9:02:58 | 18.31642471 | -66.68334482 | Hanger | 3 | Alexis Fortunalo | 921 | |
| 9 | 600086 | 1837-32888 | 2/6/2018 | 9:08:07 | 18.31643333 | -66.68330882 | Hanger | 5 | Alexis Fortunalo | 921 | |
| 9 | 600086 | 1837-33301 | 2/6/2018 | 9:15:01 | 18.31640419 | -66.68336145 | Leaner | 10 | Alexis Fortunalo | 921 | |
| 9 | 600086 | 1837-34137 | 2/6/2018 | 9:28:56 | 18.31642817 | -66.68349192 | Hanger | 2 | Alexis Fortunalo | 921 | |
| 8 | 600086 | 1837-34421 | 2/6/2018 | 9:33:41 | 18.31668456 | -66.68348289 | Leaner | 7 | Alexis Fortunalo | 921 | |
| 8 | 600086 | 1837-34596 | 2/6/2018 | 9:36:35 | 18.31663935 | -66.68339155 | Hanger | 2 | Alexis Fortunalo | 921 | |
| 8 | 600086 | 1837-36002 | 2/6/2018 | 10:00:02 | 18.31679994 | -66.68350479 | Hanger | 2 | Alexis Fortunalo | 921 | |
| 8 | 600086 | 1837-36483 | 2/6/2018 | 10:08:03 | 18.31715807 | -66.6834376 | Leaner | 7 | Alexis Fortunalo | 921 | |
| 6 | 600086 | 1837-37026 | 2/6/2018 | 10:17:06 | 18.31673822 | -66.68352197 | Hanger | 3 | Alexis Fortunalo | 921 | |
| 6 | 600086 | 1837-37476 | 2/6/2018 | 10:24:36 | 18.31687244 | -66.6833153 | Hanger | 2 | Alexis Fortunalo | 921 | |
| 5 | 600086 | 1837-37968 | 2/6/2018 | 10:32:37 | 18.31707401 | -66.68355855 | Traffic | 0 | Alexis Fortunalo | 920 | |
| 6 | 600086 | 1837-38711 | 2/6/2018 | 10:45:11 | 18.31736718 | -66.68330822 | Leaner | 7 | Alexis Fortunalo | 921 | |
| 6 | 600086 | 1837-38859 | 2/6/2018 | 10:47:38 | 18.31729274 | -66.68330822 | Leaner | 6 | Alexis Fortunalo | 921 | |
| 6 | 600086 | 1837-39100 | 2/6/2018 | 10:51:39 | 18.31729533 | -66.68341478 | Hanger | 3 | Alexis Fortunalo | 921 | |
| 7 | 600086 | 1837-40212 | 2/6/2018 | 11:05:05 | 18.31734386 | -66.68338006 | Leaner | 7 | Alexis Fortunalo | 921 | |
| 7 | 600086 | 1837-42489 | 2/6/2018 | 11:48:08 | 18.31757402 | -66.68349167 | Hanger | 4 | Alexis Fortunalo | 921 | |
| 7 | 600086 | 1837-40212 | 2/6/2018 | 11:10:12 | 18.31748807 | -66.68334274 | Hanger | 3 | Alexis Fortunalo | 921 | |
| 5 | 600086 | 1837-41184 | 2/6/2018 | 11:26:24 | 18.31753706 | -66.68344794 | Hanger | 3 | Alexis Fortunalo | 921 | |
| 7 | 600086 | 1837-42163 | 2/6/2018 | 11:42:43 | 18.31753618 | -66.68340977 | Hanger | 3 | Alexis Fortunalo | 921 | |
| 10 | 600086 | 1837-42933 | 2/6/2018 | 11:55:33 | 18.31759979 | -66.68344261 | Hanger | 3 | Alexis Fortunalo | 921 | |
| 10 | 600086 | 1837-45078 | 2/6/2018 | 12:31:17 | 18.31754947 | -66.68347749 | Hanger | 6 | Alexis Fortunalo | 921 | |
| 10 | 600086 | 1837-45722 | 2/6/2018 | 12:42:01 | 18.31774593 | -66.68344459 | Hanger | 4 | Alexis Fortunalo | 921 | |
| 10 | 600086 | 1837-49844 | 2/6/2018 | 13:50:43 | 18.31779832 | -66.68335107 | Leaner | 6 | Alexis Fortunalo | 921 | |
| 10 | 600086 | 1837-50562 | 2/6/2018 | 14:02:00 | 18.31804982 | -66.68326382 | Hanger | 4 | Alexis Fortunalo | 921 | |
| 10 | 600086 | 1837-51033 | 2/6/2018 | 14:10:33 | 18.3180484 | -66.68373397 | Hanger | 2 | Alexis Fortunalo | 921 | |
| 4 | 600086 | 1837-51841 | 2/6/2018 | 14:24:00 | 18.31824196 | -66.6834697 | Hanger | 4 | Alexis Fortunalo | 921 | |
| 5 | 118280 | 1837-52079 | 2/6/2018 | 14:27:58 | 18.31799303 | -66.68345646 | Hanger | 4 | Alexis Fortunalo | 921 | |
| 5 | 600086 | 1837-52192 | 2/6/2018 | 14:29:51 | 18.31798744 | -66.68334441 | Hanger | 2 | Alexis Fortunalo | 921 | |
| 5 | 600086 | 1837-52664 | 2/6/2018 | 14:37:44 | 18.31801268 | -66.68342286 | Hanger | 2 | Alexis Fortunalo | 921 | |
| 5 | 600086 | 1837-52902 | 2/6/2018 | 14:41:42 | 18.31798 | -66.68340451 | Hanger | 2 | Alexis Fortunalo | 921 | |

**EXHIBIT C**

# February 6, 2018

| Page | Equip No | Ticket No. | Date | Time | Latitude | Longitude | Service | Diamiter | Monitor | ADMS Device | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | 600086 | 1837-54622 | 2/6/2018 | 15:10:22 | 18.31811502 | -66.6833932 | Leaner | 6 | Alexis Fortunalo | 921 | |
| 5 | 600086 | 1837-56153 | 2/6/2018 | 15:35:53 | 18.31805791 | -66.6833681 | Hanger | 3 | Alexis Fortunalo | 921 | |
| 11 | 600086 | 1837-57975 | 2/6/2018 | 16:06:14 | 18.31819394 | -66.68334622 | Hanger | 3 | Alexis Fortunalo | 921 | |
| 11 | 600086 | 1837-60062 | 2/6/2018 | 16:41:02 | 18.31818195 | -66.68351262 | Hanger | 2 | Alexis Fortunalo | 921 | |
| 11 | 600086 | 1837-60605 | 2/6/2018 | 16:50:04 | 18.31821522 | -66.6832287 | Hanger | 4 | Alexis Fortunalo | 921 | |
| 11 | 600086 | 1837-61405 | 2/6/2018 | 17:03:25 | 18.31830527 | -66.6832469 | Hanger | 2 | Alexis Fortunalo | 921 | |



February 6, 2018

## February 6, 2018

| Page | Equip No | Ticket No. | Date | Time | Latitude | Longitude | Service | Diamiter | Monitor | ADMS Device | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | 600086 | 1837-28609 | 2/6/2018 | 7:58:18 | 18.31573031 | -66.68275134 | Hanger | 4 | Leisnory Luna Riv | 1211 | |
| 7 | 600086 | 1837-290?? | 2/6/2018 | 8:03:31 | 18.31578212 | -66.68285499 | Leaner | 8 | Leisnory Luna Riv | 1211 | Ticket no. cut off |
| 4 | 600086 | 1837-30576 | 2/6/2018 | 8:29:35 | 18.31615235 | -66.68327603 | Hanger | 4 | Leisnory Luna Riv | 1211 | |
| 4 | 600086 | 1837-30810 | 2/6/2018 | 8:33:29 | 18.3161763 | -66.6833257 | Hanger | 6 | Leisnory Luna Riv | 1211 | |
| 9 | 600086 | 1837-32681 | 2/6/2018 | 9:04:41 | 18.31627779 | -66.68335587 | Hanger | 4 | Leisnory Luna Riv | 1211 | |
| 9 | 600086 | 1837-35569 | 2/6/2018 | 9:19:28 | 18.31643209 | -66.68338465 | Leaner | 11 | Leisnory Luna Riv | 1211 | |
| 9 | 600086 | 1837-33795 | 2/6/2018 | 9:23:15 | 18.31638447 | -66.68341019 | Hanger | 3 | Leisnory Luna Riv | 1211 | |
| 9 | 600086 | 1837-34046 | 2/6/2018 | 9:27:26 | 18.31640767 | -66.68339983 | Hanger | 3 | Leisnory Luna Riv | 1211 | |
| 9 | 600086 | 1837-34224 | 2/6/2018 | 9:30:23 | 18.31656477 | -66.6832823 | Hanger | 2 | Leisnory Luna Riv | 1211 | |
| 8 | 600086 | 1837-34422 | 2/6/2018 | 9:33:41 | 18.31668456 | -66.68348289 | Hanger | 4 | Leisnory Luna Riv | 1211 | |
| 8 | 600086 | 1837-34739 | 2/6/2018 | 9:38:58 | 18.31660349 | -66.68347948 | Hanger | 2 | Leisnory Luna Riv | 1211 | |
| 8 | 600086 | 1837-35418 | 2/6/2018 | 9:50:18 | 18.31632656 | -66.68338261 | Leaner | 9 | Leisnory Luna Riv | 1211 | |
| 8 | 600086 | 1837-35861 | 2/6/2018 | 9:57:40 | 18.31659113 | -66.68346631 | Leaner | 3 | Leisnory Luna Riv | 1211 | |
| 8 | 600086 | 1837-36217 | 2/6/2018 | 10:03:37 | 18.31693537 | -66.6834896 | Leaner | 9 | Leisnory Luna Riv | 1211 | |
| 8 | 600086 | 1837-36684 | 2/6/2018 | 10:11:24 | 18.31704412 | -66.68398787 | Leaner | 6 | Leisnory Luna Riv | 1211 | |
| 6 | 600086 | 1837-3720? | 2/6/2018 | 10:20:06 | 18.31698361 | -66.68344189 | Hanger | 3 | Leisnory Luna Riv | 1211 | |
| 6 | 600086 | 1837-37540 | 2/6/2018 | 10:25:40 | 18.31713681 | -66.68349232 | Hanger | 4 | Leisnory Luna Riv | 1211 | |
| 6 | 600086 | 1837-37886 | 2/6/2018 | 10:31:25 | 18.31729059 | -66.6834888 | Leaner | 10 | Leisnory Luna Riv | 1211 | |
| 6 | 600086 | 1837-38034 | 2/6/2018 | 10:33:54 | 18.31717278 | -66.68330834 | Hanger | 4 | Leisnory Luna Riv | 1211 | |
| 6 | 600086 | 1837-38651 | 2/6/2018 | 10:44:11 | 18.31727087 | -66.68345519 | Leaner | 10 | Leisnory Luna Riv | 1211 | |
| 11 | 600086 | 1837-39573 | 2/6/2018 | 10:59:32 | 18.31741325 | -66.68336361 | Leaner | 9 | Leisnory Luna Riv | 1211 | |
| 7 | 600086 | 1837-40380 | 2/6/2018 | 11:13:00 | 18.31736998 | -66.68343274 | Hanger | 2 | Leisnory Luna Riv | 1211 | |
| 7 | 600086 | 1837-41892 | 2/6/2018 | 11:38:12 | 18.31763996 | -66.68355488 | Hanger | 2 | Leisnory Luna Riv | 1211 | |
| 7 | 600086 | 1837-42219 | 2/6/2018 | 11:43:39 | 18.31756157 | -66.68345366 | Hanger | 2 | Leisnory Luna Riv | 1211 | |
| 7 | 600086 | 1837-42703 | 2/6/2018 | 11:51:43 | 18.31760806 | -66.68327643 | Hanger | 3 | Leisnory Luna Riv | 1211 | |
| 10 | 600086 | 1837-45177 | 2/6/2018 | 12:32:56 | 18.31761994 | -66.68349685 | Hanger | 2 | Leisnory Luna Riv | 1211 | |
| 10 | 600086 | 1837-45568 | 2/6/2018 | 12:39:00 | 18.31761643 | -66.68349302 | Leaner | 6 | Leisnory Luna Riv | 1211 | |
| 10 | 600086 | 1837-50301 | 2/6/2018 | 13:58:20 | 18.31776658 | -66.68347371 | Hanger | 3 | Leisnory Luna Riv | 1211 | |
| 10 | 600086 | 1837-51025 | 2/6/2018 | 14:10:25 | 18.31817709 | -66.68335495 | Hanger | 3 | Leisnory Luna Riv | 1211 | |
| 4 | 600086 | 1837-51254 | 2/6/2018 | 14:14:14 | 18.31818071 | -66.68326637 | Hanger | 2 | Leisnory Luna Riv | 1211 | |
| 4 | 600086 | 1837-51866 | 2/6/2018 | 14:24:16 | 18.31792753 | -66.68349719 | Hanger | 3 | Leisnory Luna Riv | 1211 | |
| 5 | 600086 | 1837-52295 | 2/6/2018 | 14:31:34 | 18.31796895 | -66.68340885 | Hanger | 2 | Leisnory Luna Riv | 1211 | |
| 5 | 600086 | 1837-52566 | 2/6/2018 | 14:36:05 | 18.31797355 | -66.68339568 | Hanger | 2 | Leisnory Luna Riv | 1211 | |
| 5 | 600086 | 1837-53490 | 2/6/2018 | 14:51:29 | 18.31806456 | -66.68335294 | Hanger | 2 | Leisnory Luna Riv | 1211 | |
| 11 | 600086 | 1837-57671 | 2/6/2018 | 16:01:10 | 18.31805338 | -66.6834239 | Hanger | 2 | Leisnory Luna Riv | 1211 | |
| 11 | 600086 | 1837-59869 | 2/6/2018 | 16:37:48 | 18.31812137 | -66.68347487 | Leaner | 9 | Leisnory Luna Riv | 1211 | |
| 11 | 600086 | 1837-60064 | 2/6/2018 | 16:41:04 | 18.31822276 | -66.68331348 | Hanger | ? | Leisnory Luna Riv | 1211 | |
| 11 | 600086 | 1837-60340 | 2/6/2018 | 16:45:40 | 18.31826295 | -66.68310629 | Hanger | 3 | Leisnory Luna Riv | 1211 | |
| 11 | 600086 | 1837-617?? | 2/6/2018 | 17:09:35 | 18.31836611 | -66.68329421 | Hanger | 3 | Leisnory Luna Riv | 1211 | Ticket no. cut off |



**February 6, 2018**

# February 7, 2018

| Page | Equip No | Ticket No. | Date | Time | Latitude | Longitude | Service | Diamiter | Monitor | ADMS Device | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | 600086 | 1838-30289 | 2/7/2018 | 8:24:48 | 18.31833932 | -66.68343579 | Hanger | 2 | Alexis Fortunalo | 921 | |
| 14 | 600086 | 1838-30??? | 2/7/2018 | 8:27:03 | 18.31823386 | -66.68300941 | Hanger | 3 | Alexis Fortunalo | 921 | Ticket cut off |
| 15 | 600086 | 1838-3068? | 2/7/2018 | 8:31:24 | 18.31825042 | -66.68339908 | Hanger | 3 | Alexis Fortunalo | 921 | Ticket cut off |
| 16 | 600086 | 1838-30999 | 2/7/2018 | 8:36:38 | 18.31844362 | -66.68325256 | Hanger | 2 | Alexis Fortunalo | 921 | |
| 15 | 600086 | 1838-31493 | 2/7/2018 | 8:44:52 | 18.3184846 | -66.68373451 | Hanger | 2 | Alexis Fortunalo | 921 | |
| 15 | 600086 | 1838-31641 | 2/7/2018 | 8:47:20 | 18.31811253 | -66.68369724 | Hanger | 3 | Alexis Fortunalo | 921 | |
| 15 | 600086 | 1838-32348 | 2/7/2018 | 8:59:08 | 18.31785209 | -66.68373701 | Hanger | 3 | Alexis Fortunalo | 921 | |
| 15 | 600086 | 1838-32557 | 2/7/2018 | 9:02:36 | 18.31784808 | -66.68355837 | Hanger | 3 | Alexis Fortunalo | 921 | |
| 14 | 600086 | 1838-34889 | 2/7/2018 | 9:41:29 | 18.31586028 | -66.683301 | Traffic | 0 | Alexis Fortunalo | 921 | |
| 14 | 600086 | 1838-35116 | 2/7/2018 | 9:45:16 | 18.31585877 | -66.68316642 | Debris | 0 | Alexis Fortunalo | 921 | |

IRRELEVANT TO ROUTE 6612



February 7, 2018

**February 7, 2018**

| Page | Equip No | Ticket No. | Date | Time | Latitude | Longitude | Service | Diamiter | Monitor | ADMS Device | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | 600086 | 1838-30285 | 2/7/2018 | 8:24:45 | 18.31844381 | -66.68334593 | Hanger | 2 | Leisnory Luna Riv | 1211 | |
| 14 | 600086 | 1838-30519 | 2/7/2018 | 8:28:39 | 18.31840855 | -66.68296504 | Hanger | 2 | Leisnory Luna Riv | 1211 | |
| 15 | 600086 | 1838-30756 | 2/7/2018 | 8:32:35 | 18.31832469 | -66.68338804 | Hanger | 3 | Leisnory Luna Riv | 1211 | |
| 15 | 600086 | 1838-31396 | 2/7/2018 | 8:43:16 | 18.31842512 | -66.68319666 | Hanger | 2 | Leisnory Luna Riv | 1211 | |
| 15 | 600086 | 1838-????? | 2/7/2018 | 9:03:18 | 18.31773051 | -66.68347814 | Hanger | 3 | Leisnory Luna Riv | 1211 | Ticket No. cut off |

IRRELEVANT TO ROUTE 6612



February 7, 2018