

To - Tri County Construction
From - Wade Tree
Thomastower@gmail.com
2/6/18
2/6/18 WADE
mobile
Debris Unit Ticket
Contractor: Ceres
Project: DTOP Central Unit
Equip No: 600086
62.50
50
H-50
7 Hanger 350
3 Leaner 187.5
Traffic 1000
1537.5
5357.50

**EXHIBIT D**

9 Hanger
Leaner 6"
Traffic 62.50
1510
2/6/18 WADE
PSC9
mobile
Debris Unit Ticket
Contractor: Ceres
TRI COUNTY CONS
Project: DTOP Central Unit
Equip No: 600086
UNIT
Service: Hanger
Service: Leaner
Service: Traffic Intermittent
Monitor: ALEXIS FORTUNA LO
Monitor: LEISNORY LUNA RIV
ADMS Device: 921
TRAFFIC

2/6/18
WADE

mobile
Debris Unit Ticket
Contractor: Ceres
TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/06/2018 10:51:39
Latitude: 18.31729533
Longitude: - 66.68341478
PPDR/ROE:
Service: Hanger
Diameter: 3
Monitor: ALEXIS FORTUNA LO
ADMS Device: 921
Ticket No: 600086- 1837- 39100
50

mobile
Debris Unit Ticket
Contractor: Ceres
TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/06/2018 10:47:35
Latitude: 18.31719274
Longitude: - 66.68340032
PPDR/ROE:
Service: Leaner
Diameter: 6
Monitor: ALEXIS FORTUNA LO
ADMS Device: 921
Ticket No: 600086- 1837- 38859
62.50

mobile
Debris Unit Ticket
Contractor: Ceres
TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/06/2018 10:45:11
Latitude: 18.31736718
Longitude: - 66.68330822
PPDR/ROE:
Service: Leaner
Diameter: 7
Monitor: ALEXIS FORTUNA LO
ADMS Device: 921
Ticket No: 600086- 1837- 38711
62.50

mobile
Debris Unit Ticket
Contractor: Ceres
TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/06/2018 10:44:11
Latitude: 18.31727087
Longitude: - 66.68345519
PPDR/ROE:
Service: Leaner
Diameter: 10
Monitor: LEISNORY LUNA RIV
ADMS Device: 1211
Ticket No: 600086- 1837- 38651
62.50

mobile
Debris Unit Ticket
Contractor: Ceres
TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/06/2018 10:31:25
Latitude: 18.31729059
Longitude: - 66.6834888
PPDR/ROE:
Service: Leaner
Diameter: 10
Monitor: LEISNORY LUNA RIV
ADMS Device: 1211
Ticket No: 600086- 1837- 37886
62.50

mobile
Debris Unit Ticket
Contractor: Ceres
TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/06/2018 10:33:54
Latitude: 18.31717278
Longitude: - 66.68330834
PPDR/ROE:
Service: Hanger
Diameter: 4
Monitor: LEISNORY LUNA RIV
ADMS Device: 1211
Ticket No: 600086- 1837- 38034
50

mobile
Debris Unit Ticket
Contractor: Ceres
TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/06/2018 10:25:40
Latitude: 18.31713681
Longitude: - 66.68349232
PPDR/ROE:
Service: Hanger
Diameter: 4
Monitor: LEISNORY LUNA RIV
ADMS Device: 1211
Ticket No: 600086- 1837- 37540
50

mobile
Debris Unit Ticket
Contractor: Ceres
TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/06/2018 10:24:36
Latitude: 18.31687244
Longitude: - 66.6833153
PPDR/ROE:
Service: Hanger
Diameter: 2
Monitor: ALEXIS FORTUNA LO
ADMS Device: 921
Ticket No: 600086- 1837- 37476
50

mobile
Debris Unit Ticket
Contractor: Ceres
TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/06/2018 10:20:06
Latitude: 18.31698361
Longitude: - 66.68344189
PPDR/ROE:
Service: Hanger
Diameter: 3
Monitor: LEISNORY LUNA RI
ADMS Device: 1211
Ticket No: 600086- 1837- 37206
50

mobile
Debris Unit Ticket
Contractor: Ceres
TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/06/2018 10:17:06
Latitude: 18.31673622
Longitude: 66.68351197
PPDR/ROE:
Service: Hanger
Diameter: 3
Monitor: ALEXIS FORTUNA LO
ADMS Device: 921
Ticket No: 600086- 1837- 37026
50

250

8 hanger = 400
2 Leaner 6" 125
525
2/6/18
WADE
mobile
Debris Unit Ticket
Contractor: Ceres
TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/06/2018 11:51:43
PPDR/ROE:
Service: Hanger
Diameter: 3
Monitor: LEISNORY LUNA RIV
ADMS Device: 1211
Ticket No: 600086-1837-42203
Date: 02/06/2018 11:43:39
Service: Hanger
Diameter: 2
Monitor: LEISNORY LUNA RIV
ADMS Device: 1211
Ticket No: 600086-1837-42219
Date: 02/06/2018 11:42:43
Service: Hanger
Diameter: 3
Monitor: ALEXIS FORTUNA LO
ADMS Device: 921
Ticket No: 600086-1837-42163
Date: 02/06/2018 11:38:12
Service: Hanger
Diameter: 2
Monitor: LEISNORY LUNA RIV
ADMS Device: 1211
Ticket No: 600086-1837-41892
Date: 02/06/2018 11:13:00
Service: Hanger
Diameter: 2
Monitor: LEISNORY LUNA RIV
ADMS Device: 1211
Ticket No: 600086-1837-40580
Date: 02/06/2018 11:48:08
Service: Hanger
Diameter: 4
Monitor: ALEXIS FORTUNA LO
ADMS Device: 921
Date: 02/06/2018 11:05:05
Service: Leaner
Diameter: 7
Monitor: ALEXIS FORTUNA LO
ADMS Device: 921
Ticket No: 600086-1837-39906
Date: 02/06/2018 11:10:12
Service: Hanger
Diameter: 3
Monitor: ALEXIS FORTUNA LO
ADMS Device: 921
Ticket No: 600086-1837-40212
Date: 02/06/2018 07:58:18
Service: Hanger
Diameter: 4
Monitor: LEISNORY LUNA RIV
ADMS Device: 1211
Service: Leaner
Diameter: 8
Monitor: LEISNORY LUNA
ADMS Device: 1211
50
62.50

2/6/18
WADE

mobile

**Debris Unit Ticket**

Contractor: Ceres
TRACTION : TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/06/2018 10:11:34
Latitude: 18.31704412
Longitude: - 66.68398787
PPDR/ROE:
Service: Leaner
Diameter: 6
Monitor: LEISNORY LUNA RIV
ADMS Device: 1211
Ticket No: 600086- 1837- 36[illegible]
62.50

mobile

**Debris Unit Ticket**

Contractor: Ceres
TRACTION : TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/06/2018 10:05:03
Latitude: 18.31715807
Longitude: - 66.6834376
PPDR/ROE:
Service: Leaner
Diameter: 7
Monitor: ALEXIS FORTUNA LO
ADMS Device: 921
Ticket No: 600086- 1837- 36483
62.50

mobile

**Debris Unit Ticket**

Contractor: Ceres
TRACTION : TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/06/2018 10:03:37
Latitude: 18.31693537
Longitude: - 66.6834896
PPDR/ROE:
Service: Leaner
Diameter: 9
Monitor: LEISNORY LUNA RIV
ADMS Device: 1211
Ticket No: 600086- 1837- 36217
62.50

mobile

**Debris Unit Ticket**

Contractor: Ceres
TRACTION : TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/06/2018 10:00:02
Latitude: 18.31679994
Longitude: - 66.68350479
PPDR/ROE:
Service: Hanger
Diameter: 2
Monitor: ALEXIS FORTUNA LO
ADMS Device: 921
Ticket No: 600086- 1837- 36002
50

mobile

**Debris Unit Ticket**

Contractor: Ceres
TRACTION : TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/06/2018 09:57:40
Latitude: 18.31659113
Longitude: - 66.68346631
PPDR/ROE:
Service: Hanger
Diameter: 3
Monitor: LEISNORY LUNA RIV
ADMS Device: 1211
Ticket No: 600086- 1837- 35861
50

312.50

mobile

**Debris Unit Ticket**

Contractor: Ceres
TRACTION : TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/06/2018 09:50:18
Latitude: 18.3163[illegible]
Longitude: - 66.6833[illegible]
PPDR/ROE:
Service: Leaner
Diameter: 9
Monitor: LEISNORY LUNA RIV
ADMS Device: 1211
Ticket No: 600086- 1837- [illegible]

62.50

mobile

**Debris Unit Ticket**

Contractor: Ceres
TRACTION : TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/06/2018 09:38:58
Latitude: 18.31660349
Longitude: 66.68347948
PPDR/ROE:
Service: Hanger
Diameter: 2
Monitor: LEISNORY LUNA RIV
ADMS Device: 1211
Ticket No: 600086- 1837- 34738
50

mobile

**Debris Unit Ticket**

Contractor: Ceres
TRACTION : TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/06/2018 09:36:35
Latitude: 18.31663935
Longitude: 66.68339155
PPDR/ROE:
Service: Hanger
Diameter: 2
Monitor: ALEXIS FORTUNA LO
ADMS Device: 921
Ticket No: 600086- 1837- 34596
50

mobile

**Debris Unit Ticket**

Contractor: Ceres
TRACTION : TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/06/2018 09:33:41
Latitude: 18.31668456
Longitude: - 66.68348289
PPDR/ROE:
Service: Leaner
Diameter: 7
Monitor: ALEXIS FORTUNA LO
ADMS Device: 931
Ticket No: 600086- 1837- 34421
62.50

mobile

**Debris Unit Ticket**

Contractor: Ceres
TRACTION : TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/06/2018 09:33:41
Latitude: 18.31637586
Longitude: - 66.68340539
PPDR/ROE:
Service: Hanger
Diameter: 4
Monitor: LEISNORY LUNA RIV
ADMS Device: 1211
Ticket No: 600086- 1837- 34422
50

7 Hanger 350

2/6

2/6/18
WADE

mobile

Debris Unit Ticket

Contractor: Ceres
TRACTION: TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086

UNIT

Date: 02/06/2018 09:30:13
Latitude: 18.31656477
Longitude: - 66.6832823
PPDR/ROE:
Service: Hanger
Diameter: 2
Monitor: LEISNORY LUNA RIV
ADMS Device: 1211

Ticket No: 600086- 1837- 34238

H 50

mobile

Debris Unit Ticket

Contractor: Ceres
TRACTION: TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086

UNIT

Date: 02/06/2018 09:28:56
Latitude: 18.31642817
Longitude: - 66.68349192
PPDR/ROE:
Service: Hanger
Diameter: 2
Monitor: ALEXIS FORTUNA LO
ADMS Device: 921

Ticket No: 600086- 1837- 34137

H 50

mobile

Debris Unit Ticket

Contractor: Ceres
TRACTION: TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086

UNIT

Date: 02/06/2018 09:27:26
Latitude: 18.31640767
Longitude: - 66.68339983
PPDR/ROE:
Service: Hanger
Diameter: 3
Monitor: LEISNORY LUNA RIV
ADMS Device: 1211

Ticket No: 600086- 1837- 34046

H 50

mobile

Debris Unit Ticket

Contractor: Ceres
TRACTION: TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086

UNIT

Date: 02/06/2018 09:23:15
Latitude: 18.31638447
Longitude: - 66.68341019
PPDR/ROE:
Service: Hanger
Diameter: 3
Monitor: LEISNORY LUNA RIV
ADMS Device: 1211

Ticket No: 600086- 1837- 33795

H 50

mobile

Debris Unit Ticket

Contractor: Ceres
TRACTION: TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086

UNIT

Date: 02/06/2018 09:19:28
Latitude: 18.31643209
Longitude: - 66.68338465
PPDR/ROE:
Service: Leaner
Diameter: 12
Monitor: LEISNORY LUNA RIV
ADMS Device: 1211

Ticket No: 600086- 1837- 33569

L 107.50

770

mobile

Debris Unit Ticket

Contractor: Ceres
TRACTION: TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086

UNIT

Date: 02/06/2018 09:15:01
Latitude: 18.31640419
Longitude: 66.68336145
PPDR/ROE:
Service: Leaner
Diameter: 10
Monitor: ALEXIS FORTUNA LO
ADMS Device: 921

Ticket No: 600086- 1837- 33361

L 62.50

mobile

Debris Unit Ticket

Contractor: Ceres
TRACTION: TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086

UNIT

Date: 02/06/2018 09:08:07
Latitude: 18.31643333
Longitude: - 66.68330882
PPDR/ROE:
Service: Hanger
Diameter: 5
Monitor: ALEXIS FORTUNA LO
ADMS Device: 921

Ticket No: 600086 1837- 32888

H 50

mobile

Debris Unit Ticket

Contractor: Ceres
TRACTION: TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086

UNIT

Date: 02/06/2018 09:04:41
Latitude: 18.31627779
Longitude: - 66.68335587
PPDR/ROE:
Service: Hanger
Diameter: 4
Monitor: LEISNORY LUNA RIV
ADMS Device: 1211

Ticket No: 600086- 1837- 32681

H 50

mobile

Debris Unit Ticket

Contractor: Ceres
TRACTION: TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086

UNIT

Date: 02/06/2018 09:02:58
Latitude: 18.31642471
Longitude: - 66.68334482
PPDR/ROE:
Service: Hanger
Diameter: 3
Monitor: ALEXIS FORTUNA LO
ADMS Device: 921

Ticket No: 600086- 1837- 31579

H 50

mobile

Debris Unit Ticket

Contractor: Ceres
TRACTION: TRI COUNTY CO
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086

UNIT

Date: 02/06/2018 08:59:27
Latitude: 18.31644962
Longitude: - 66.68334876
PPDR/ROE:
Service: Leaner
Diameter: 4
Monitor: ALEXIS FORTUNA
ADMS Device: 921

Ticket No: 600086- 1837- 32367

L 62.50



7 Hanger 350
3 Leaner 187.50
537.50
2/6/18
WADE
197.50
mobile
Debris Unit Ticket
Contractor: Ceres
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
PPDR/ROE:
Service: Hanger
Service: Leaner
Monitor: ALEXIS FORTUNA LO
Monitor: LEISNORY LUNA RIV
ADMS Device: 921
ADMS Device: 1211
H
L
50
62.50

mobile

Debris Unit Ticket

Contractor: Ceres
TRACTION: TRI COUNTY C
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/06/2018 05:09:35
Latitude: 18.31836611
Longitude: -66.68329411
PPDR/ROE:
Service: Hanger
Diameter: 3
Monitor: LEISNORY LUNA
ADMS Device: 1211
Ticket No: 600086-1837-617

50

mobile

Debris Unit Ticket

Contractor: Ceres
TRACTION: TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/06/2018 05:03:15
Latitude: 18.31830537
Longitude: -66.6832469
PPDR/ROE:
Service: Hanger
Diameter: 2
PRMonitor: ALEXIS FORTUNA LO
ADMS Device: 921
Ticket No: 600086-1837-61405

50

mobile

Debris Unit Ticket

Contractor: Ceres
TRACTION: TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/06/2018 04:50:04
Latitude: 18.31821522
Longitude: -66.6832287
PPDR/ROE:
Service: Hanger
Diameter: 4
PRMonitor: ALEXIS FORTUNA LO
ADMS Device: 921
Ticket No: 600086-1837-60605

50

mobile

Debris Unit Ticket

Contractor: Ceres
TRACTION: TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/06/2018 04:45:40
Latitude: 18.31826295
Longitude: -66.68310629
PPDR/ROE:
Service: Hanger
Diameter: 3
EMonitor: LEISNORY LUNA RIV
ADMS Device: 1211
Ticket No: 600086-1837-60340

50

mobile

Debris Unit Ticket

Contractor: Ceres
TRACTION: TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/06/2018 04:41:02
Latitude: 18.31818195
Longitude: -66.68351263
PPDR/ROE:
Service: Hanger
Diameter: 3
PRMonitor: ALEXIS FORTUNA LO
ADMS Device: 921
Ticket No: 600086-1837-60062

50

125

mobile

s Unit Ticket

Contractor: Ceres
TRACTION: TRI COUNTY CONS
Project: DTOP Central Unit
Equip No: 600086
UNIT
Date: 02/06/2018 04:41:04
Latitude: 18.31822276
Longitude: -66.68331341
PPDR/ROE:
Service: Hanger
Monitor: LEISNORY LUNA RIV
ADMS Device: 1211
Ticket No: 600086-1837-60

50

mobile

Debris Unit Ticket

Contractor: Ceres
TRACTION: TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/06/2018 04:37:48
Latitude: 18.31812137
Longitude: -66.68347487
PPDR/ROE:
Service: Leaner
Diameter: 9
EMonitor: LEISNORY LUNA RIV
ADMS Device: 1211
Ticket No: 600086-1837-59869

50

mobile

Debris Unit Ticket

Contractor: Ceres
TRACTION: TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/06/2018 04:06:14
Latitude: 18.31819394
Longitude: -66.6833462
PPDR/ROE:
Service: Hanger
Diameter: 3
PRMonitor: ALEXIS FORTUNA LO
ADMS Device: 921
Ticket No: 600086-1837-57975

50

mobile

Debris Unit Ticket

Contractor: Ceres
TRACTION: TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/06/2018 04:01:10
Latitude: 18.31805338
Longitude: -66.6834239
PPDR/ROE:
Service: Hanger
Diameter: 2
EMonitor: LEISNORY LUNA RIV
ADMS Device: 1211
Ticket No: 600086-1837-57671

50

mobile

Debris Unit Ticket

Contractor: Ceres
TRACTION: TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/06/2018 10:59:32
Latitude: 18.31741325
Longitude: -66.68336361
PPDR/ROE:
Service: Leaner
Diameter: 9
EMonitor: LEISNORY LUNA RIV
ADMS Device: 1211
Ticket No: 600086-1837-39972

50

62-50

2/7

6 Hanger = 300
1 Traffic 1000
1300

2/7 10 hangers

2/7

2/7/18
mobile
Debris Unit Ticket
Contractor: Ceres
TRUCTION: TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/07/2018 01:13:35
Latitude: 18.29046914
Longitude: -66.7401821
PPDR/ROE:
Service: Hanger
Diameter: 2
Monitor: ALEXIS FORTUNA LO
ADMS Device: 921
Ticket No: 600086- 1838- 41618
mobile
Debris Unit Ticket
Contractor: Ceres
TRUCTION: TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/07/2018 01:17:30
Latitude: 18.29051028
Longitude: -66.74015326
PPDR/ROE:
Service: Hanger
Diameter: 2
Monitor: ALEXIS FORTUNA LO
ADMS Device: 921
Ticket No: 600086- 1838- 47850
mobile
Debris Unit Ticket
Contractor: Ceres
TRUCTION: TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/07/2018 01:15:20
Latitude: 18.29062983
Longitude: -66.7401595
PPDR/ROE:
Service: Hanger
Diameter: 2
Monitor: LEISNORY LUNA RIV
ADMS Device: 1211
Ticket No: 600086- 1838- 47721
mobile
Debris Unit Ticket
Contractor: Ceres
TRUCTION: TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/07/2018 08:36:38
Latitude: 18.31844362
Longitude: -66.68325256
PPDR/ROE:
Service: Hanger
Diameter: 2
Monitor: ALEXIS FORTUNA LO
ADMS Device: 921
Ticket No: 600086- 1838- 30999
mobile
Debris Unit Ticket
Contractor: Ceres
TRUCTION: TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/07/2018 12:36:34
Latitude: 18.28549944
Longitude: -66.74932451
PPDR/ROE:
Service: Hanger
Diameter: 4
Monitor: ALEXIS FORTUNA LO
ADMS Device: 921
Ticket No: 600086- 1838- 45395
mobile
Debris Unit Ticket
Contractor: Ceres
TRUCTION: TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/07/2018 12:59:15
Latitude: 18.29057507
Longitude: -66.74004799
PPDR/ROE:
Service: Hanger
Diameter: 3
Monitor: ALEXIS FORTUNA
ADMS Device: 921
Ticket No: 600086- 1838- 4675
mobile
Debris Unit Ticket
Contractor: Ceres
TRUCTION: TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/07/2018 12:52:41
Latitude: 18.29060609
Longitude: -66.74003046
PPDR/ROE:
Service: Hanger
Diameter: 3
Monitor: LEISNORY LUNA RIV
ADMS Device: 1211
Ticket No: 600086- 1838- 46361
mobile
Debris Unit Ticket
Contractor: Ceres
TRUCTION: TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/07/2018 12:34:51
Latitude: 18.28549147
Longitude: -66.74938329
PPDR/ROE:
Service: Hanger
Diameter: 5
Monitor: LEISNORY LUNA RIV
ADMS Device: 1211
Ticket No: 600086- 1838- 45291
mobile
Debris Unit Ticket
Contractor: Ceres
TRUCTION: TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/07/2018 11:45:55
Latitude: 18.28482471
Longitude: -66.74989758
PPDR/ROE:
Service: Hanger
Diameter: 5
Monitor: LEISNORY LUNA RIV
ADMS Device: 1211
Ticket No: 600086- 1838- 42356
mobile
Debris Unit Ticket
Contractor: Ceres
TRUCTION: TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/07/2018 12:15:19
Latitude: 18.28498372
Longitude: -66.74986391
PPDR/ROE:
Service: Hanger
Diameter: 3
Monitor: LEISNORY LUNA RIV
ADMS Device: 1211
Ticket No: 600086- 1838- 44119