

EXHIBIT E















