

**Exhibit G**


































10 hANGERS = 500
TRAFFIC SAFETY : 1000
                   1500








WADE- 2|8|18

**mobile**

Debris Unit Ticket
Contractor: Ceres
TRACTION: TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600084
UNIT
Date: 02/08/2018 04:25:45
Latitude: 18.28180351
Longitude: -66.73782633
PPDR/ROE:
Service: Hanger
Diameter: 3
EBSonitor: LEISNORY LUNA RIV
ADMS Device: 1211
Ticket No: 600086- 1839- 59146

H SO

**mobile**

Debris Unit Ticket
Contractor: Ceres
TRACTION : TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/08/2018 04:10:40
Latitude: 18.28184303
Longitude: -66.73773659
PPDR/ROE:
Service: Hanger
Diameter: 2
EBSonitor: ALEXIS FORTUNA LO
ADMS Device: 921
Ticket No: 600086- 1839- 58240

H SO

**mobile**

Debris Unit Ticket
Contractor: Ceres
TRACTION : TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/08/2018 04:09:17
Latitude: 18.28187619
Longitude: -66.73768527
PPDR/ROE:
Service: Hanger
Diameter: 2
EBSonitor: LEISNORY LUNA RIV
ADMS Device: 1211
Ticket No: 600086- 1839- 58156

H SO

**mobile**

Debris Unit Ticket
Contractor: Ceres
TRACTION : TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/08/2018 04:07:18
Latitude: 18.28187933
Longitude: -66.73760319
PPDR/ROE:
Service: Hanger
Diameter: 3
EBSonitor: ALEXIS FORTUNA LO
ADMS Device: 921
Ticket No: 600086- 1839- 55038

H SO

**mobile**

Debris Unit Ticket
Contractor: Ceres
TRACTION: TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600084
UNIT
Date: 02/08/2018 04:04:18
Latitude: 18.28193068
Longitude: -66.73776834
PPDR/ROE:
Service: Hanger
Diameter: 3
EBSonitor: ALEXIS FORTUNA LO
ADMS Device: 921
Ticket No: 600086- 1839- 57859

H SO

**mobile**

Debris Unit Ticket
Contractor: Ceres
TRACTION: TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/08/2018 04:13:29
Latitude: 18.28160121
Longitude: -66.73772619
PPDR/ROE:
Service: Hanger
Diameter: 3
EBSonitor: LEISNORY LUNA RIV
ADMS Device: 1211
Ticket No: 600086- 1839- 58410

H SO



**mobile**

Debris Unit Ticket
Contractor: Ceres
TRACTION : TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/08/2018 04:06:00
Latitude: 18.28199094
Longitude: -66.73763668
PPDR/ROE:
Service: Hanger
Diameter: 3
EBSonitor: LEISNORY LUNA RIV
ADMS Device: 1211
Ticket No: 600086- 1839- 57861

H SO

**mobile**

Debris Unit Ticket
Contractor: Ceres
TRACTION : TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/08/2018 04:02:53
Latitude: 18.28194548
Longitude: -66.73773691
PPDR/ROE:
Service: Hanger
Diameter: 3
EBSonitor: LEISNORY LUNA RIV
ADMS Device: 1211
Ticket No: 600086- 1839- 57774

H SO

**mobile**

Debris Unit Ticket
Contractor: Ceres
TRACTION : TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/08/2018 04:01:22
Latitude: 18.28181379
Longitude: -66.73782629
PPDR/ROE:
Service: Hanger
Diameter: 5
EBSonitor: ALEXIS FORTUNA LO
ADMS Device: 921
Ticket No: 600086- 1839- 57682

H SO

**mobile**

Debris Unit Ticket
Contractor: Ceres
TRACTION: TRI COUNTY CO:
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/08/2018 03:42:14
Latitude: 18.28135213
Longitude: -66.73890233
PPDR/ROE:
Service: Hanger
Diameter: 3
EBSonitor: ALEXIS FORTUNA:
ADMS Device: 921
Ticket No: 600086- 1839- 56334

H SO









2-8-18 = $6450        2B        TRAFFIC 500
                                                    1000
                                                    1500











5565

WADE
2|9

**mobile**

**Debris Unit Ticket**
Contractor: Ceres
TRACTION : TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086

UNIT

Date: 02/09/2018 09:03:00
Latitude: 18.37896447
Longitude: 66.73976418
PPDR/ROE:
Service: Hanger
Diameter: 2
PRDnitor: ALEXIS FORTUNA LO
ADMS Device: 921

Ticket No: 600086- 1840- 32580

**mobile**

**Debris Unit Ticket**
Contractor: Ceres
TRACTION : TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086

UNIT

Date: 02/09/2018 09:06:42
Latitude: 18.2790238
Longitude: 66.73970284
PPDR/ROE:
Service: Hanger
Diameter: 3
PRDnitor: ALEXIS FORTUNA LO
ADMS Device: 921

Ticket No: 600086- 1840- 32803

**mobile**

**Debris Unit Ticket**
TRACTION : TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086

UNIT

Date: 02/09/2018 09:15:50
Latitude: 18.27804742
Longitude: 66.73991582
PPDR/ROE:
Service: Hanger
Diameter: 3
PRDnitor: ALEXIS FORTUNA LO
ADMS Device: 921

Ticket No: 600086- 1840- 33350

**mobile**

**Debris Unit Ticket**
Contractor: Ceres
TRACTION : TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086

UNIT

Date: 02/09/2018 08:53:03
Latitude: 18.27949606
Longitude: 66.73973156
PPDR/ROE:
Service: Hanger
Diameter: 5
EMonitor: LEISNORY LUNA RIV
ADMS Device: 1211

Ticket No: 600086- 1840- 31984

**mobile**

**Debris Unit Ticket**
Contractor: Ceres
TRACTION : TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086

UNIT

Date: 02/09/2018 08:33:42
Latitude: 18.17084115
Longitude: 66.73549866
PPDR/ROE:
Service: Hanger
Diameter: 4
EMonitor: LEISNORY LUNA RIV
ADMS Device: 1211

Ticket No: 600086- 1840- 30823

**mobile**

**Debris Unit Ticket**
Contractor: Ceres
TRACTION : TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086

UNIT

Date: 02/09/2018 08:41:54
Latitude: 18.2795858
Longitude: 66.73958217
PPDR/ROE:
Service: Hanger
Diameter: 2
PRDnitor: ALEXIS FORTUNA LO
ADMS Device: 921

Ticket No: 600086- 1840- 31516

**mobile**

**Debris Unit Ticket**
Contractor: Ceres
TRACTION : TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086

UNIT

Date: 02/09/2018 08:12:18
Latitude: 18.28087812
Longitude: 66.73673304
PPDR/ROE:
Service: Hanger
Diameter: 3
PRDnitor: ALEXIS FORTUNA LO
ADMS Device: 921

Ticket No: 600086- 1840- 29839

**mobile**

**Debris Unit Ticket**
Contractor: Ceres
TRACTION : TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086

UNIT

Date: 02/09/2018 08:10:14
Latitude: 18.28074999
Longitude: 66.73569629
PPDR/ROE:
Service: Hanger
Diameter: 3
PRDnitor: ALEXIS FORTUNA LO
ADMS Device: 921

Ticket No: 600086- 1840- 29414

**mobile**

**Debris Unit Ticket**
Contractor: Ceres
TRACTION : TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086

UNIT

Date: 02/09/2018 08:10:02
Latitude: 18.2807273
Longitude: 66.73853229
PPDR/ROE:
Service: Hanger
Diameter: 3
EMonitor: LEISNORY LUNA RIV
ADMS Device: 1211

Ticket No: 600086- 1840- 29403

**mobile**

**Debris Unit Ticket**
Contractor: Ceres
TRACTION : TRI COUNTY CON
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086

UNIT

Date: 02/09/2018 08:17:39
Latitude: 18.28058216
Longitude: 66.73878763
PPDR/ROE:
Service: Hanger
Diameter: 6
EMonitor: LEISNORY LUNA
ADMS Device: 1211

Ticket No: 600086- 1840- 3501





























2/10   10 harder   500




wape Tree
2/10/18

---

**mobile**

### Debris Unit Ticket

Contractor: Ceres
TRAC/LJON : TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086

**UNIT**

ate: 02/10/2018 09:06:09
altitude: 18. 27920587
ongitude : - 66. 73359047
PPDR/ROE:
ervice: Hanger
iameter: 2
Ionitor: LEISNORY LUNE RIV
DMS Device: 1211

icket No: 600086-1841-33820

---

**mobile**

### Debris Unit Ticket

Contractor: Ceres
TRAC/LJON : TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086

**UNIT**

Date: 02/10/2018 09:03:28
Latitude: 18. 27901861
Longitude: - 66. 73373707
PPDR/ROE:
Service: Hanger
Diameter: 5
Monitor: ALEXIS FORTUNA LO
ADMS Device: 921

Ticket No: 600086-1841-33901

---

**mobile**

### Debris Unit Ticket

Contractor: Ceres
TRAC/LJON : TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086

**UNIT**

Date: 02/10/2018 09:19:34
Latitude: 18. 27927945
Longitude: - 66. 73355555
PPDR/ROE:
Service: Hanger
Diameter: 4
Monitor: LEISNORY LUNA RIV
ADMS Device: 1211

Ticket No: 600086-1841-33595

---

**mobile**

### Debris Unit T.

Contractor: Ceres
TRAC/LJON : TRI COUNTY .
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086

**UNIT**

Date: 02/10/2018 09:23:46
Latitude: 18. 27935031
Longitude: - 66. 73355834
PPDR/ROE:
Service: Hanger
Diameter: 5
Monitor: LEISNORY LUNA RIV
ADMS Device: 1211

Ticket No: 600086-1841-33826

---

**mobile**

### Debris Unit Ticket

Contractor: Ceres
TRAC/LJON : TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086

**UNIT**

Date: 02/10/2018 01:08:17
Latitude: 18. 27759435
Longitude: - 66. 72887149
PPDR/ROE:
Service: Hanger
Diameter: 3
Monitor: CRISTHAN AYALA O
ADMS Device: 924

Icket No: 600086-1841-47298

---

**mobile**

### Debris Unit Ticket

ntractor: Ceres
IC/LJON : TRI COUNTY CONS
Iject: DTOP Central Unit
ject No:
uip Op.:
uip No: 600086

**UNIT**

te: 02/10/2018 01:16:16
itude: 18. 27755654
ngitude: - 66. 72871837
R/ROE:
vice: Hanger
meter: 2
nitor: LEISNORY LUNA RIV
MS Device: 1211

rt No: 600086-1841-47

---

**mobile**

### Debris Unit Ticket

Contractor: Ceres
TRAC/LJON : TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086

**UNIT**

Date: 02/10/2018 01:12:22
Latitude: 18. 27745645
Longitude: - 66. 72885 14
PPDR/ROE:
Service: Hanger
Diameter: 2
Monitor: ALEXIS FORTUNA LO
ADMS Device: 921

Ticket No: 600086-1841-473 04

---

**mobile**

### Debris Unit Ticket

Contractor: Ceres
TRAC/LJON : TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086

**UNIT**

Date: 02/10/2018 09:25:11
Latitude: 18. 27938 153
Longitude: - 66. 73359424
PPDR/ROE:
Service: Hanger
Diameter: 3
Monitor: LEISNORY LUNA RIV
ADMS Device: 1211

Ticket No: 600086-1841-33911

---

**mobile**

### Debris Unit Ticket

Contractor: Ceres
TRAC/LJON : TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086

**UNIT**

Date: 02/10/2018 01:04:51
Latitude: 18. 27753446
Longitude: - 66. 72853488
PPDR/ROE:
Service: Hanger
Diameter: 3
Monitor: LEISNORY LUNA RIV
ADMS Device: 1211

Ticket No: 600086-1841-47092

---

**mobile**

### Debris Unit Ticket

Contractor: Ceres
TRAC/LJON : TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086

**UNIT**

Date: 02/10/2018 12:48:25
Latitude: 18. 27701541
Longitude: - 66. 72936169
PPDR/ROE:
Service: Hanger
Diameter: 3
Monitor: CRISTHIAN AYALA O
ADMS Device: 924

Ticket No: 600086-1841-44105





WADE TREE
2/10/18

## mobile

Debris Unit Ticket

Contractor: Ceres
TRACTION : TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086

UNIT

Date: 02/10/2018 10:22:46
Latitude: 18.27893805
Longitude: - 66.7330127
PPDR/ROE:
Service: Hanger
Diameter: 2
RYUGRtor: CRISTHIAN AYALA O
ADMS Device: 924

Ticket No: 600086- 1841- 37367

## mobile

Debris Unit Ticket

Contractor: Ceres
TRACTION : TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086

UNIT

Date: 02/10/2018 10:34:43
Latitude: 18.27940283
Longitude: - 66.7314373M
PPDR/ROE:
Service: Hanger
Diameter: 3
PRBnitor: ALEXIS FORTUNA LO
ADMS Device: 921

Ticket No: 600086- 1841- 38083

## mobile

Debris Unit Ticket

Contractor: Ceres
TRACTION : TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086

UNIT

Date: 02/10/2018 10:36:55
Latitude: 18.27958872
Longitude: - 66.73140571
PPDR/ROE:
Service: Hanger
Diameter: 3
PRBnitor: ALEXIS FORTUNA LO
ADMS Device: 921

Ticket No: 600086- 1841- 38216



## mobile

Debris Unit Ticket

Contractor: Ceres
TRACTION : TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086

UNIT

Date: 02/10/2018 10:26:19
Latitude: 18.27920264
Longitude: - 66.73223037
PPDR/ROE:
Service: Hanger
Diameter: 2
PRBnitor: ALEXIS FORTUNA LO
ADMS Device: 921

Ticket No: 600086- 1841- 37570

## mobile

Debris Unit Ticket

Contractor: Ceres
TRACTION : TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086

UNIT



Date: 02/10/2018 02:00:31
Latitude: 18.27874431
Longitude: - 66.7229131
PPDR/ROE:
Service: Hanger
Diameter: 3
RYUGRtor: ALEXIS FORTUNA
ADMS Device: 921

Ticket No: 600086- 1841-

## mobile

Debris Unit Ticket

Contractor: Ceres
TRACTION : TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086

UNIT

Date: 02/10/2018 01:55:02
Latitude: 18.27844855
Longitude: - 66.7279992
PPDR/ROE:
Service: Hanger
Diameter: 3
RYUGRtor: CRISTHIAN AYALA
ADMS Device: 934

Ticket No: 600086- 1841- 59701

## mobile

Debris Unit Ticket

Contractor: Ceres
TRACTION : TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086

UNIT

Date: 02/10/2018 02:53:41
Latitude: 18.27870547
Longitude: - 66.72752883
PPDR/ROE:
Service: Hanger
Diameter: 3
RYUGRtor: CRISTHIAN AYALA O
ADMS Device: 924

Ticket No: 600086- 1841- 53432

## mobile

Debris Unit Ticket

Contractor: Ceres
TRACTION : TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086

UNIT

Date: 02/10/2018 01:46:45
Latitude: 18.27894862
Longitude: - 66.72758792
PPDR/ROE:
Service: Hanger
Diameter: 6
Rbiitor: LEISNORY LUNA RIV
ADMS Device: 1211

Ticket No: 600086- 1841- 53206

