

2|9O

512

WADC Tree
2/10/18

**mobile**

### Debris Unit Ticket
Contractor: Ceres
TRACTION: TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
— UNIT —
Date: 02/10/2018 03:37.11
Latitude: 18.3781379
Longitude: 66.7275819
PPDR/ROB:
Service: Teaner
Diameter: 7
Palltoritor: ALEXIS FORTUNA
ADMS Device: 921
Ticket No: 600086 1841

**mobile**

### Debris Unit Ticket
Contractor: Ceres
TRACTION: TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
— UNIT —
Date: 02/10/2018 03:40:47
Latitude: 18.27857974
Longitude: 66.72156054
PPDR/ROB:
Service: Hanger
Diameter: 2
Palltoritor: CRISTHIAN AYALA
ADMS Device: 924
Ticket No: 600086 1841 3560

**mobile**

### Debris Unit Ticket
Contractor: Ceres
TRACTION: TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600085
— UNIT —
Date: 02/10/2018 03:22:35
Latitude: 18.27857861
Longitude: 66.7275865
PPDR/ROB:
Service: Hanger
Diameter: 3
Palltoritor: ALEXIS FORTUNA LO
ADMS Device: 921
Ticket No: 600086 1841 55356

**mobile**

### Debris Unit Ticket
Contractor: Ceres
TRACTION: TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
— UNIT —
Date: 02/10/2018 19:00:06
Latitude: 18.27912154
Longitude: 66.75121119
PPDR/ROB:
Service: Hanger
Palltoritor: LEISNORY LUNA RIV
ADMS Device: 1211
Ticket No: 600086 1841 36058

**mobile**

### Debris Unit Ticket
Contractor: Ceres
TRACTION: TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
— UNIT —
Date: 02/10/2018 04:37:28
Latitude: 18.27830632
Longitude: 66.73763185
PPDR/ROB:
Service: Hanger
Diameter: 3
Palltoritor: CRISTHIAN AYALA O
ADMS Device: 924
Ticket No: 600086 1841 59258

**mobile**

### Debris Unit Ticket
Contractor: Ceres
TRACTION: TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
— UNIT —
Date: 02/10/2018 04:44:57
Latitude: 18.3780393?
Longitude: 66.72779995
PPDR/ROB:
Service: Hanger
Diameter: 3
Palltoritor: ALEXIS FORTUNA LO
ADMS Device: 921
Ticket No: 600086 1841 6387

**mobile**

### Debris Unit Ticket
Contractor: Ceres
TRACTION: TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
— UNIT —
Date: 02/10/2018 04:48:11
Latitude: 18.2778049
Longitude: 66.7277541
PPDR/ROB:
Service: Hanger
Diameter: 3
Palltoritor: ALEXIS FORTUNA LO
ADMS Device: 921
Ticket No: 600086 1841 6303

**mobile**

### Debris Unit Ticket
Contractor: Ceres
TRACTION: TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
— UNIT —
Date: 02/10/2018 03:19:42
Latitude: 18.27872106
Longitude: 66.72780149
PPDR/ROB:
Service: Hanger
Diameter: 3
Palltoritor: ALEXIS FORTUNA LO
ADMS Device: 921
Ticket No: 600086 1841 55182

**mobile**

### Debris Unit Ticket
Contractor: Ceres
TRACTION: TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
— UNIT —
Date: 02/10/2018 03:00:56
Latitude: 18.2787746
Longitude: 66.71747299
PPDR/ROB:
Service: Hanger
Diameter: 3
Palltoritor: LEISNORY LUNA RIV
ADMS Device: 1211
Ticket No: 600086 1841 54056

**mobile**

### Debris Unit Ticket
Contractor: Ceres
TRACTION: TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
— UNIT —
Date: 02/10/2018 10:08:20
Latitude: 18.2793739
Longitude: 66.73237235
PPDR/ROB:
Service: Hanger
Diameter: 3
Palltoritor: LEISNORY LUNA RIV
ADMS Device: 1211
Ticket No: 600086 1841 36661







2/11

E) Hages 202
2 Leaves 125          525



411/18
WAPE

**mobile**

Debris Unit Ticket
Contractor: Ceres
TRAETION : TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/11/2018 01:44:31
Latitude: 18.27517295
Longitude: -66.7196346
PPDR/ROE:
Service: Leaner
Diameter: 6
R&Monitor: LEISNORY LUNA RIV
ADMS Device: 1211
Ticket No: 600086- 1842- 47071
62 50

**mobile**

Debris Unit Ticket
Contractor: Ceres
TRAETION : TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/11/2018 04:53:07
Latitude: 18.275441
Longitude: -66.73687711
PPDR/ROE:
Service: Hanger
Diameter: 4
R&Monitor: LEISNORY LUNA RIV
ADMS Device: 1211
Ticket No: 600086- 1842- 60787
5 0

**mobile**

Debris Unit Ticket
Contractor: Ceres
TRAETION : TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/11/2018 04:40:33
Latitude: 18.27539183
Longitude: -66.756927
PPDR/ROE:
Service: Hanger
Diameter: 4
R&Monitor: LEISNORY LUNA RIV
ADMS Device: 1211
Ticket No: 600086- 1842- 66923
5 0

**mobile**

Debris Unit Ticket
Contractor: Ceres
TRAETION : TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/11/2018 02:51:47
Latitude: 18.27404129
Longitude: -66.71909
PPDR/ROE:
Service: Hanger
Diameter: 2
R&Monitor: LEISNORY LUNA RIV
ADMS Device: 1211
Ticket No: 600086- 1842- 53568
5 0

**mobile**

Debris Unit Ticket
Contractor: Ceres
TRAETION : TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/11/2018 02:16:32
Latitude: 18.27416483
Longitude: -66.71922691
PPDR/ROE:
Service: Hanger
Diameter: 2
R&Monitor: LEISNORY LUNA RIV
ADMS Device: 1211
Ticket No: 600086- 1842- 51993
5 0

**mobile**

Debris Unit Ticket
Contractor: Ceres
TRAETION : TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/11/2018 02:12:21
Latitude: 18.27566582
Longitude: -66.71980001
PPDR/ROE:
Service: Hanger
Diameter: 5
R&Monitor: LEISNORY LUNA RIV
ADMS Device: 1211
Ticket No: 600086- 1842- 48741
5 0

**mobile**

Debris Unit Ticket
Contractor: Ceres
TRAETION : TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/11/2018 12:53:30
Latitude: 18.27563319
Longitude: -66.71973156
PPDR/ROE:
Service: Hanger
Diameter: 4
R&Monitor: LEISNORY LUNA RIV
ADMS Device: 1211
Ticket No: 600086- 1842- 44410
5 0

**mobile**

Debris Unit Ticket
Contractor: Ceres
TRAETION : TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/11/2018 11:55:49
Latitude: 18.27526907
Longitude: -66.72004060
PPDR/ROE:
Service: Hanger
Diameter: 4
R&Monitor: LEISNORY LUNA RIV
ADMS Device: 1211
Ticket No: 600086- 1842- 42909
5 0

**mobile**

Debris Unit Ticket
Contractor: Ceres
TRAETION : TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/11/2018 05:34:14
Latitude: 18.27213504
Longitude: -66.75791543
PPDR/ROE:
Service: Hanger
Diameter: 3
R&Monitor: LEISNORY LUNA RIV
ADMS Device: 1211
Ticket No: 600086- 1842- 63284
5 0

**mobile**

Debris Unit Ticket
Contractor: Ceres
TRAETION : TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/11/2018 12:51:29
Latitude: 18.2758026
Longitude: -66.71960903
PPDR/ROE:
Service: Leaner
Diameter: 6
R&Monitor: LEISNORY LUNA RIV
ADMS Device: 1211
Ticket No: 600086- 1842- 46280
62. 50

2/11/18  WADe
THOMASTONEY + GMA. 1



2/11/18 — 6132.⁵⁰       10-Hayees 500
                        SAfety   1000
                                 1500





2/17   10 Harris.eq   5C





2/11

10 hangers 508



**Debris Unit Ticket**
Contractor: Ceres
TRACTION : TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/11/2018 12:53:31
Latitude: 18.27564195
Longitude: -66.71967069
PPDR/ROE:
Service: Hanger
Diameter: 4
Monitor: XAVIER CRESPO TOR
ADMS Device: 1211
Ticket No: 600086-1143-46717



**Debris Unit Ticket**
Contractor: Ceres
TRACTION : TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/11/2018 12:57:29
Latitude: 18.27564669
Longitude: -66.71974922
PPDR/ROE:
Service: Hanger
Diameter: 3
Monitor: XAVIER CRESPO TOR
ADMS Device: 1211
Ticket No: 600086-1842-44459

**Debris Unit Ticket**
Contractor: Ceres
TRACTION : TRI COUNTY CONS
Project DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/11/2018 11:03:36
Latitude: 18.27617381
Longitude: -66.72511454
PPDR/ROE:
Service: Hanger
Diameter: 3
Monitor: XAVIER CRESPO TOR
ADMS Device: 456
Ticket No: 600086-1842-39817



**Debris Unit Ticket**
Contractor: Ceres
TRACTION : TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/11/2018 11:33:24
Latitude: 18.27678382
Longitude: -66.72444985
PPDR/ROE:
Service: Hanger
Diameter: 2
Monitor: XAVIER CRESPO TOR
ADMS Device: 456
Ticket No: 600086-1842-41104



**Debris Unit Ticket**
Contractor: Ceres
TRACTION : TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/11/2018 11:37:50
Latitude: 18.27582120689839
Longitude: -66.7243802547465
PPDR/ROE:
Service: Hanger
Diameter: 4
Monitor: XAVIER CRESPO TOR
ADMS Device: 456
eket No: 600086-1842-41871



**Debris Unit Ticket**
Contractor: Ceres
TRACTION : TRI COUNTY CONS
Project DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/11/2018 11:34:08
Latitude: 18.27581809
Longitude: -66.72466312
PPDR/ROE:
Service: Hanger
Diameter: 4
Monitor: XAVIER CRESPO TOR
ADMS Device: 456
Ticket No: 600086-1842-41048



**Debris Unit Ticket**
Contractor: Ceres
TRACTION : TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/11/2018 10:56:24
Latitude: 18.271871
Longitude: -66.71891638
PPDR/ROE:
Service: Hanger
Diameter: 4
Monitor: XAVIER CRESPO TOR
ADMS Device: 456
Ticket No: 600086-1842-36584

**Debris Unit Ticket**
Contractor: Ceres
TRACTION : TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/11/2018 12:30:19
Latitude: 18.37893449
Longitude: -66.72023407
PPDR/ROE:
Service: Hanger
Diameter: 2
Monitor: XAVIER CRESPO TOR
ADMS Device: 456
Ticket No: 600086-1842-45020

**Debris Unit Ticket**
Contractor: Ceres
TRACTION : TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/11/2018 12:33:11
Latitude: 18.2769231538764
Longitude: -66.7302935683068
PPDR/ROE:
Service: Hanger
Diameter: 2
Monitor: XAVIER CRESPO TOR
ADMS Device: 456
Ticket No: 600086-1842-45192

**Debris Unit Ticket**
Contractor: Ceres
TRACTION : TRI COUNTY CONS
Project: DTOP Central Unit
Project No:
Equip Op.:
Equip No: 600086
UNIT
Date: 02/11/2018 09:41:30
Latitude: 18.2764517920439
Longitude: -66.7266240119374
PPDR/ROE:
Service: Hanger
Diameter: 3
Monitor: XAVIER CRESPO TOR
ADMS Device: 456
Ticket No: 600086-1842-34404














































2/12 8 HANGERS 400

mobile
Debris Unit Ticket
Contractor: Ceres
Project: DTOP Central Unit
Equip No: 600086
Date: 02/12/2018
Service: Hanger
Diameter: 3
ADMS Device: 406
Ticket No: 600086- 1843-

2/12

500

Debris Unit Ticket
Contractor: Ceres
Project: DTOP Central Unit

2/12

10 H = 500

2/12

mobile
Debris Unit Ticket
Contractor: Ceres
TRANSACTION: TRI COUNTY CONS
Project: DTOP Central Unit
Ticket No: 600086- 1843- 39205

10 hangers

2/14



2/14/18
WADE



2/14







