UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA
*ex rel.* JOSEPH WADE,

      Plaintiffs,

v.

Case No. 8:19-cv-2186-T-02AEP

**EX PARTE**
**FILE UNDER SEAL**
**[31 U.S.C. § 3730(b)(2)]**

CERES ENVIRONMENTAL SERVICES, INC.,
TRI COUNTY CONSTRUCTION, LLC,
THOMPSON CONSULTING SERVICES,
DRC EMERGENCY SERVICES, LLC,
LOAD MASTERS MANAGEMENT, INC., and
DEBRISTECH, LLC,

      Defendants.
_____/

**ORDER**

      This cause comes before the Court on the *United States' Notice of Election to Decline Intervention*, whereby the United States has given notice of its decision to decline intervention in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B). Upon consideration thereof, it is hereby **ORDERED**:

    1.    The Complaint shall be unsealed and served upon the defendants.

    2.    All other contents of the Court's file in this action shall remain under seal and not be made public or served upon the defendants, except for this Order and the *United States' Notice of Election to Decline Intervention*, which the relator will serve upon the defendants only after service of process has been effected on the defendants.

1

3. The seal shall be lifted as to all other matters occurring in this action after the date of this Order.

4. Any party who files or otherwise serves a pleading, motion, notice or other paper in this action shall also serve a copy of such document upon counsel for the United States, as provided for in 31 U.S.C. § 3730(c)(3). As also provided therein, the United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time. *See id.*

5. A copy of all Orders, Notices, and any other papers entered in this case by the Court shall be sent to counsel for the United States.

6. Before proposing that this action be dismissed, settled or otherwise discontinued, the relator or the defendants shall first solicit the written consent of the United States.

**DONE and ORDERED** in Chambers in Tampa, Florida, this 24th day of November, 2020.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copies to:

| | |
|---|---|
| Christopher J. Emden<br>United States Attorney's Office<br>400 North Tampa Street, Suite 3200<br>Tampa, Florida 33602<br><br>*Attorney for the United States* | Gavin P. Lentz, Esq.<br>Anton Kaminsky, Esq.<br>Bochetto & Lentz, P.C.<br>1524 Locust Street<br>Philadelphia, Pennsylvania 19102<br><br>and<br><br>William G. Wolk, Esq.<br>Eaton & Wolk, P.L.<br>2665 South Bayshore Drive<br>Suite 609<br>Miami, Florida 33133<br><br>*Attorneys for the Relator* |